JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANTOINIO COOPER, | ) Case No. 5:24-cv-01084-AS |
| | ) |
|     Plaintiff, | ) **[~~PROPOSED~~] JUDGMENT** |
| | ) |
|        vs. | ) |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  September 12, 2024            / s / Sagar

                                      HON. ALKA SAGAR
                                      UNITED STATES MAGISTRATE JUDGE