E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
E-mail: james.ki@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARC ANTONIO COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 5:24-CV-01084-AS<br><br>[~~PROPOSED~~]<br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of $7,500.00 and no costs, subject to the terms of the stipulation.

DATED: October 8, 2024　　　　　　　　　/ s / Sagar
　　　　　　　　　　　　　　　　　HON. ALKA SAGAR
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE